IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

YARISLE VIERA RIESTRA,

    Petitioner,

v.        No. 2:26-cv-00626-KG-JHR

FNU LNU, et al.,

    Respondents.

## ORDER TO ANSWER

Petitioner Yarisle Viera Riestra filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on March 3, 2026.  Doc. 1.  The Clerk of Court provided notice of completion of electronic service the same day.  Doc. 2.  The Court orders Respondents to file an answer within 10 business days of service of the petition.  The Clerk shall send a courtesy copy of this Order and the Petition to the U.S. Attorney's Office at the following email address: USANM.Civil.Immigration@usdoj.gov.

    /s/Kenneth J. Gonzales_____
    CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.